**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STANLEY JEROME BAKER,

        Plaintiff,                          Case Number: 08-12225

v.                                              JUDGE PAUL D. BORMAN
                                                     UNITED STATES DISTRICT COURT

U.S. SECRETARY OF VETERANS AFFAIRS,

        Defendant.
_____ /

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

On May 21, 2008, Plaintiff Stanley Jerome Baker filed a complaint against Defendant U.S. Secretary of Veterans Affairs. (Doc. No. 1). On October 10, 2008, the Court ordered Plaintiff to show cause why his complaint should not be dismissed for failure to prosecute. (Doc. No. 6). Plaintiff did not respond to the show cause order. On November 20, 2008, the Court dismissed Plaintiff's complaint for failure to prosecute. (Doc. No. 7).

On January 9, 2009, Plaintiff filed the instant motion for reconsideration. (Doc. No. 8). In Plaintiff's motion for reconsideration, Plaintiff did not offer any reason why this Court should reconsider its order dismissing Plaintiff's complaint.

Accordingly, the Court **DENIES** Plaintiff's motion for reconsideration.

SO ORDERED.

                                              S/Paul D. Borman  
                                              PAUL D. BORMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated: July 1, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 1, 2009.

                                              S/Denise Goodine  
                                              Case Manager